ELLIOT ENOKI
United States Attorney
District of Hawaii

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA




IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. **CR01-00350 DAE** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | 21 U.S.C. § 860(a) |
| ROBERT BALANZA, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges that:

On or about August 18, 2001, within the District of Hawaii, ROBERT BALANZA did knowingly and intentionally possess with intent to distribute and distribute cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a private university.

/ / /

/ / /

/ / /

In violation of Title 21, United States Code, Section 860(a).

DATED: __8/30/01__, 2001 at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
TRACY A. HINO
Assistant U.S. Attorney

UNITED STATES v. ROBERT BALANZA
"Indictment"

2