AO 245D (Rev. 8/96)  Sheet 1 - Judgment in a Criminal Case for Revocation



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court

## District of Hawaii

MAY 0 6 2005

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

UNITED STATES OF AMERICA
v.
**ROBERT ROSA BALANZA**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number:   <u>1:01CR00350-001</u>
USM Number:        88340-022
**PAMELA BYRNE, AFPD**
Defendant's Attorney

## THE DEFENDANT:

[✔]   admitted guilt to violation of condition <u>Special Condition No. 5</u> of the term of supervision.
[ ]   was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Offender absconded from Mahoney Hale | 2/1/2005 |
| 2 | Offender absconded from Mahoney Hale | 2/15/2005 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:   **6614**

Defendant's Residence Address:
**None**

Defendant's Mailing Address:
**None**

APRIL 21, 2005
Date of Imposition of Sentence

Signature of Judicial Officer

**DAVID ALAN EZRA**, Chief United States District Judge
Name & Title of Judicial Officer

May 6, 2005
Date

AO 245B (Rev. 12/03)  Sheet 2 - Imprisonment

CASE NUMBER:      1:01CR00350-001                                                    Judgment - Page 2 of 2
DEFENDANT:        ROBERT ROSA BALANZA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  22 MONTHS  .

[✔]      The court makes the following recommendations to the Bureau of Prisons:
         Bureau of Prisons Hospital

[✔]      The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.
         [ ] at ___ on ___.
         [ ] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
         [ ] before _ on ___.
         [ ] as notified by the United States Marshal.
         [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


                                                    _____
                                                              UNITED STATES MARSHAL


                                        By  _____
                                                          Deputy U.S.  Marshal